UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:  CHAPTER 13

    Robert E. Roberts  CASE NO. 11-50331-SWR
    Kimberly E. Roberts

                    JUDGE STEVEN W. RHODES

        Debtor(s)
_____/

**ORDER CONFIRMING PLAN**

      The Debtor(s)' Chapter 13 plan was duly served on all parties in interest. A hearing on confirmation of the plan was held after due notice to parties in interest. Objections, if any, have been resolved. The Court hereby finds that each of the requirements for confirmation of a Chapter 13 plan pursuant to 11 USC §1325(a) are met.

      Therefore, IT IS HEREBY ORDERED that the Debtor(s)' Chapter 13 plan, as last amended, if at all, is confirmed.

      IT IS FURTHER ORDERED that the claim of Carr & Associates, Attorney for the Debtor(s), for the allowance of compensation and reimbursement of expenses is allowed in the total amount of $3,000.00 in fees and $0.00 in expenses, and that the portion of such claim which has not already been paid, to-wit: $2,000.00 shall be paid by the Trustee as an administrative expense of this case.

      IT IS FURTHER ORDERED that the Debtor(s) shall maintain all policies of insurance on all property of the Debtor(s) and this estate as required by law and contract.

      All filed claims to which an objection has not been filed are deemed allowed pursuant to 11 USC §502(a), and the Trustee is therefore ORDERED to make distributions on these claims pursuant to the terms of the Chapter 13 plan, as well as all fees due the Clerk pursuant to statute.

      IT IS FURTHER ORDERED as follows: [*Only provisions checked below apply*]

X   The Debtor(s) shall remit 100% of all tax refunds to which Debtor(s) is/are entitled from commencement of the Case and shall not alter withholdings without Court approval.

X   The Debtor(s)' Plan payments shall be increased to $373.69 per week effective the 27th day of July, 2011

X   The Adversary Case to strip a junior lien, Case No. 11-05439-SWR has been granted pursuant to the order entered on June 28, 2011, docket entry #10. The claim of creditor, GREEN TREE SERVICING, LLC, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS (MERS) and FIRST FINANCIAL BANK, NATIONAL ASSOCIATION successor institution of IRWIN UNION BANK AND TRUST COMPANY, Pacer Claim #18, shall be treated as a Class 8 general unsecured creditor and all other terms of the order are incorporated herein.

      Objections Withdrawn

Approved:

| /s/ Maria Gotsis | /s/ Kevin F. Carr |
|---|---|
| Krispen S. Carroll | Kevin F. Carr (P-31932) |
| Chapter 13 Trustee | Katherine E. Carr (P-73070) |
| 719 Griswold | Attorney for Debtor(s) |
| 1100 Dime Building | 18 First Street |
| Detroit, Michigan 48226 | Mt. Clemens, Michigan 48043 |
| (313) 962-5035 | (586) 465-0914 |
| Notice@det13ksc.com | carrsecretary@aol.com |

**Signed on July 30, 2011**

                                                              **/s/ Steven Rhodes**
                                                               **Steven Rhodes**
                                                               **United States Bankruptcy Judge**